

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Magistrate Docket No. 26-mj-00767 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | COMPLAINT FOR VIOLATION OF: |
| | ) | Title 8, USC 1326 Attempted Entry After Deportation |
| Jesus Fernando IBARRA Felix, | ) | |
| Defendant. | ) | |

The undersigned complainant being, duly sworn, states:

On or about February 11, 2026, within the Southern District of California, defendant Jesus Fernando IBARRA Felix, an alien, who previously had been excluded, deported and removed from the United States, attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States at or near Otay Mesa, California, without the Attorney General or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Jason Larson
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON FEBRUARY 12, 2026.

HON. ALLISON H. GODDARD
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Jesus Fernando IBARRA Felix

## PROBABLE CAUSE STATEMENT

On February 11, 2026, Border Patrol Agent R. Roth II was performing assigned duties in the Brown Field Border Patrol Station's area of responsibility.

At approximately 11:30 PM, Agents were notified by the U.S. Marines that they had detained one individual in an area known to Border Patrol Agents as "Mushroom Stamp". Agent Roth II responded to the area, identified himself as Border Patrol Agent and conducted an immigration inspection. The individual, later identified as Jesus Fernando IBARRA Felix, stated he is a citizen of Mexico without immigration documents allowing him to enter or remain in the United States legally. At approximately 11:45 PM, Agent Roth II placed IBARRA under arrest. This area is located approximately seven miles east of the Otay Mesa, California Port of Entry and approximately 340 yards north of the United States/Mexico International Boundary.

Routine record checks of the defendant revealed an immigration history. The defendant's record was determined by a comparison of his immigration record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant is not a citizen or lawfully admitted resident of the United States and was previously deported to Mexico on November 19, 2025, through San Diego, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.